UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JUAN ESPEJO & JENNY ESPEJO**<br>      Plaintiff(s)<br>   v.<br><br>**ILLINOIS UNION INSURANCE COMPANY**<br>      Defendant(s) | Civil Action No:<br>2:14-CV-00802<br><br>NEWARK VICINAGE<br><br>JLL-JAD |

## NOTICE OF DISMISSAL

Please dismiss the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1).

**HARBATKIN & LEVASSEUR, P.A.**

*/s/ Audwin Levasseur*
_____
Audwin Levasseur
NJ State Bar No. 004302005
2400 Lemon Avenue, Ste. 207
Fort Lee, NJ 07024
Telephone: (973) 908-8529
Facsimile: (877) 599-1825
LOCAL COUNSEL FOR PLAINTIFFS

THE VOSS LAW FIRM, P.C.

_____
Scott G. Hunziker
NJ State Bar No. 096522013
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
ATTORNEY FOR PLAINTIFFS